■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVONNE L. SCOTT, Appellant. [944 NYS2d 713]—Motion for writ of

error coram nobis denied. Present—Centra, J.P., Fahey, Lindley and Martoche, JJ.